**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Dorothy Ann OILER, Defendant—
Appellant.**

No. 08–6808.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 23, 2008.

Michael Thane Clifford, Charleston, West Virginia, for Appellant. Charles T. Miller, United States Attorney, John Lanier File, John J. Frail, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorothy Ann Oiler appeals the district court's order denying her request for re-sentencing, but granting her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See* *United States v. Oiler,* No. 5:06–cr–00098–2 (S.D.W.Va. May 7, 2008). We grant counsel's motion to withdraw. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*